FILED
NOV 08 2007 aw
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

—Imminent— Danger—

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Don Campbell
_____
Plaintiff

v.

Judge Catherine Haberkorn, Et al
_____
Defendant(s)

07CV6337
JUDGE FILIP
MAGISTRATE JUDGE NOLAN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **Don Campbell**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # **20070033595**  Name of prison or jail: **Cook County Jail**
   Do you receive any payment from the institution?  ☐Yes  ☒No  Monthly amount: **None**

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: **None**
   Name and address of employer: **None**

   a. If the answer is "No":
      Date of last employment: **2000**
      Monthly salary or wages: **$30.00**
      Name and address of last employer: **Department of Correction's**

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: **None**
      Name and address of employer: **None**

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages
      Amount **No**  Received by **No**  ☐Yes  ☒No

Note: Campbell has Aquired 3 Strikes, While Housed in Supermax Boscobel, Wisconsin Being Abused with physical and mental games food tampering from April 2000 - August 2000 to Abused with

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount _____None_____ Received by __None__

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount _____None_____ Received by __None__

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes    ☒No
Amount _____None_____ Received by __None__

e. ☐ Gifts or ☐ inheritances    ☒Yes    ☐No
Amount $2500 Here And there Received by __Mother__

f. ☐ Any other sources (state source: _____ )    ☐Yes    ☒No
Amount _____None_____ Received by __None__

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount: __None__
In whose name held: __None__    Relationship to you: __None__

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property: __None__    Current Value: __None__
In whose name held: __None__    Relationship to you: __None__

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property: __None__
Type of property: _____    Current value: _____
In whose name held: _____    Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
Property: __None__
Current value: _____
In whose name held: _____    Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
__None__

Continued from p. 1. where Campbell filed lawsuits and Appeals Alleging Jailers were putting Feces, urine, Disinfect floor stripper in his food causing sickness, and without Investigation or Relief his Claims were deemed Frivolous and Campbell got strikes But It would Appear that the claims Campbell got strikes for were Imminent Danger Claims.

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: October 20, 2007

Signature of Applicant: *Don Campbell*

(Print Name): Don Campbell

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____              _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER

                                    _____
                                    (Print name)

rev. 7/18/02

-3-

See: Attachment 6 Month print out of Financial statement, However Campbell has only been in Jail 5 months, so this is what it shows.



**TRANSACTION REPORT**
Print Date: 10/24/2007

Inmate Name: CAMPBELL, DONALD          Balance:      $21.67
Inmate Number: 20070033595
Inmate DOB: 5/20/1962

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 10/23/2007 | CREDIT | 25.00 | 21.67 |
| 09/05/2007 | LAW LIBRARY | -1.70 | -3.33 |
| 09/05/2007 | LAW LIBRARY | -1.65 | -1.63 |
| 08/28/2007 | ORDER DEBIT | -1.12 | 0.02 |
| 08/22/2007 | ORDER DEBIT | -23.86 | 1.14 |
| 08/16/2007 | CREDIT | 25.00 | 25.00 |
| 08/07/2007 | ORDER DEBIT | -0.36 | 0.00 |
| 08/04/2007 | RETURN CREDIT | 0.28 | 0.36 |
| 07/31/2007 | ORDER DEBIT | -0.28 | 0.08 |
| 07/24/2007 | ORDER DEBIT | -24.65 | 0.36 |
| 07/06/2007 | CREDIT | 25.00 | 25.01 |
| 06/27/2007 | ORDER DEBIT | -0.18 | 0.01 |
| 06/20/2007 | ORDER DEBIT | -7.50 | 0.19 |
| 06/13/2007 | ORDER DEBIT | -17.31 | 7.69 |
| 06/12/2007 | CREDIT | 25.00 | 25.00 |
| 06/06/2007 | ORDER DEBIT | -0.15 | 0.00 |
| 05/30/2007 | ORDER DEBIT | -24.85 | 0.15 |
| 05/24/2007 | CREDIT | 25.00 | 25.00 |

© 2004 ARAMARK Corporation. All Rights Reserved