Dear Michael Dobbins, Clerk
United States District Court

07CV6337
JUDGE FILIP
MAGISTRATE JUDGE NOLAN

AK

FILED
NOV 0 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Re: Don Campbell vs Judge Catherine Haberkorn et al.

On 10-29-07 Monday morning 4:00AM Breakfast I gave the jailer my enclosed lawsuit for filing totaling 122 pages with prepaid postage attached.

On 11-2-07 jailer officer Walker returned the package to me unmailed with 2 stickers allegedly from the post office saying any package over 13 ounces has to be hand delivered to the post office.

This is ironicly suspicious because I'm a prisoner and the envelope is coming from the Cook County Jail.

Any way I have decided to devide the envelope into two seperate packages, the first package I'm encloseing the 25 page complaint lawsuit and the July 10, 2007 transcript exhibit in the short appendix, the Informa Pauperis. Please file and send me notice of receipt.

I am also mailing at this time the 2nd envelope that will contain the remainder of the short appendix, If the jailers interfere with envelope two please

Do not let this interfere with the filing of the Law Suit. — please file the 25 page Law suit. We can always Refile the Exhibits In the short Appendix again.

Also Attached to the Informa Pauperis Application is the 6 month trust account statement. Please Note my Claims are Imminent Danger Claims.

Sincerely, Don Campbell
2007003595
Cook County Jail
P.O. Box 089002
Chicago, IL 60608