December 30, 2007

CH

**FILED**

JAN 1 4 2008 aew
Jan 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Michael Dobbins, Clerk
U.S. Dist. Court

"Address Change And Status Check

Notice

Address Change
And
Status Check

In Re: Don Campbell Vs. Human Resource
Development Inst. et al. Case No: 06-C-0887

In Re: Don Campbell Vs. Catherine Haberkorn
et al Case No. (07-C-6337)

Please be advised that on November 26, 2007 I was transferred
from the Cook County Jail from under Don Campbell
2007003395 P.O. Box 089002 Chicago, IL 60608

To: the Illinois Department of Correct:

My new Address is Don Campbell N-23385
Lawrence Correctional Center
RR#2 BOX 31
SUMNER, IL 62466

Please Change My address accordingly In the Above two
Cited Cases, Also please Give me a Status Check
On the Above two Cited Cases, Advising if there
Has Been Any Rulings By the Court? Also note that
This is the First Opportunity I had to file a
Letter With this Court Since My 11-26-07 Transfer to the
Illinois Department Of Correction's,   Your Prompt

2.

Reply would Be Greatly Appreciated.
    Thank You.        Reply to me at the address
                         Below

                    Don Campbell N-23385
                    Lawrence Correctional Center
                    RR#2 Box 31
                    Sumner, IL 62466