January 15, 2008

BR

Dear Michael Dobbins, Clerk
United States District Court

**FILED**
JAN 2 3 2008
Jan 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Re: Don Campbell Vs. Catherine Haberkorn Et al
Case No: 07-CV-6337

Status Check And Address Change

On November 8, 2007 I filed the Above action and on November 26, 2007 I was transferred from the Cook County Jail.

My new Address where I am Currently Incarcerated at

is Don Campbell N-23385
Lawrence Correctional Center
RR#2  Box 31
Sumner, IL 62466

Please advise if there has been any Ruling since the filing of this Action?

Don Campbell N-23385 Lawrence Corr. Center RR#2 Box 31
Sumner, IL 62466