United States District Court
Northern District of Illinois

Don Campbell
Plaintiff

vs.

Catherine Haberkorn, Et al
Defendants

FILED
JAN 2 8 2008
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 07-CV-6337

Judge: Filip

## Motion Requesting Clarification

1. That this motion is made because Campbell believes there has been grave interference and blockage with this case and Campbell receiving this court orders. Campbell believes the blockage is from jailers based on the nature of this lawsuit.

2. That Campbell since the November 8, 2007 filing of this action has never received any order from the court concerning rulings Ect.

3. That on December 30, 2007 Campbell mailed the courts clerk a letter and notice of address change and request for status check, because it was the first opportunity to communicate with the court since Campbell's address change. At the same time Campbell in the same letter requested the clerk to note his address

Change And Status Check In a seperate pending Case Before Judge Zagel 06 CV-0887, And on January 15, 2008 the Clerk from prisoner Correspondence Replyed, But only sent Campbell a Status Check on Case 06-CV-0887 the Case Before Judge Zagel, And there was Absolutely No Mention or Documentation Addressing the Case At Bar, 07-C-6337.

4. For these Reason's Campbell Believe's that the status Check letter sent 12-30-07 was altered By Jailer's Prior to it leaving the Prison to Delete any mention of Case 07-C-6337 or the Jailer's Stole the Status Check Response to Case 07-C-6337 when the letter Arrived at the Jail. For these Reason's Campbell needs to know if the Court has Directed him to Comply with a order that he know's Nothing about Because of Blockage So Status Check is Requested.

To: Notice of filing And Proof of service
Richard Devine, States Attorney 500 Richard J. Daley Center Chicago, IL 60601

Please be Advised that on January 22, 2008 I filed a Motion With Michael Dobbins, Clerk 219 S. Dearborn St. Chicago IL 60604 a copy served on you by mail.

Don Campbell N-23385 Lawrence Corr. Center RR#2 Box 31 Sumner, IL 62466