January 22, 2008

CH

Dear Michael Dobbins, Clerk / Prisoner Correspondence
United States District Court

FILED
JAN 28 2008
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Re: Don Campbell Vs. Catherine Haberkorn Et Al 07-C-6337

Enclosed for Filing, please find the ORIGINAL Motion Requesting Clarification. Please file and send me Notice of Receipt.

Further Note: Address Change & Status Check

On 12-30-07 I mailed a Address Change and Status Check in the Above Case, and also in Case 06-C-0887. On 1-15-08 I received a response to my Status Check Request for Case 06-C-0887 only, there was absolutely no Document in the Envelope addressing Case at Bar 07-C-6337, And felt only One of two things had occurred 1) Jailers altered the Status Check Letter to Delete Mention of the 07-C-6337 Case, Or 2) Jailers Stole any Response from the Envelope addressing the 07-C-6337 Case from the 1-15-08 Letter.

So I am Sending this further Address Change

2.

the Illinois as of 11-26-07 I was transferred to the Illinois Dept of Corrections And as of 12-19-07 I was housed at Lawrence Corr. Center.

My new Address is:

Don Campbell N-23385
Lawrence Correctional Center
RR #2 Box 31
Sumner, IL 62466

Also please advise the status of this case or about any Ruling had from the filing or since the 11-8-07 filing of this case.

Also your quick reply preferably by Certified Mail because there is blockage going on.

Sincerely: Don Campbell N-23385
Lawrence Corr. Center
RR #2 Box 31
Sumner, IL 62466