MHN

United States District Court
Northern District of Illinois

**FILED**
FEB 0 5 2008
2-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Don Campbell
Plaintiff

vs.

Judge Catherine Haberkorn, Michael Fitzgerald Deputy Sheriff, Et al, Defendants

Case No: 07-C-6337

Judge: Filip

## Motion To Supplement Imminent Danger Complaint under 1983

1. That Don Campbell moves to supplement the Complaint with the following attached pleadings:

(1) 1 page, Page 1 of the Imminent Danger Complaint to supplement the Complaint, to indicate the defendants being sued in they're Individual And official Capacity's.

(2) 3 page Sworn Affidavit of Don Campbell.

(3) 1 page letter from J.M. Hollandsworth, Court Reporter to Campbell dated 11-5-07.

## Notice of Filing And Proof of Service

To: Richard Devine, States Attorney 500 Richard J. Daley Center Chicago, IL 60602

Please be Advised that on January 30, 2008 I filed the original motion with attached Supplementals (1)-(3) with Michael Dobbin's of the Above Court, a copy sent to you By mail.

Don Campbell, RR#2 Box 31 Sumner, IL 62466