MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
2-5-2008
FEB 05 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Don Campbell

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 07-C-6337
(To be supplied by the Clerk of this Court)

Judge Catherine Haberkorn, Michael Fitzgerald, Deputy Sheriff, unknown named lady (possibly Picante) Deputy Sheriff, Phyllis Yaeger, Court Reporter, Abraham Centendo, Clerk, Mr. Duma, Sgt. Sheriff Police, David Sevic, Sheriff Police

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Defendants in they're individual and official capacitys

CHECK ONE ONLY:

— IMMINENT DANGER —

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

✓ OTHER (cite statute, if known) Emergency Preliminary Injunction And 18 U.S. Code 241 And 242

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Don Campbell
   Plaintiff

Vs.

Judge Catherine Haberkorn,
Michael Fitzgerald, Deputy Sheriff
Et al.        Defendants

Case No: 07-C-6337

Judge: Filip

## Affidavit of Don Campbell

1. I Don Campbell being first duly sworn on oath do hereby state that all claims made in the Imminent Danger Complaint under title 42 section 1983 are true and correct to the best of my knowledge and belief.

2. That as a result of Defendants Duma and his agents continued interrogations, harrasments and building of false records against me, by pretending to take me to the Medical Unit for treatment, only to be interrogated by Gang Intelligence at odd hours of the night, by forcefully handcuffing me and transporting me to Division 14 in a off grounds police car, where hundreds of in mates could look out of the windows in Division 11 and Division 9 and observe the transport from Division 11 to Division 14 Sort Investigation's Office.

By having Division 11 Gang Intelligence Jailers Carpenter and his spanish side kick come to my cell Room 204 Unit CC Division 11 and say quote: Duma

Affidavit of
Don Campbell

wants to know if your going to Cooperate,? Are you ok? Do you need Any thing done Ect. These question's were Asked While other inmate's were Listening Including my Room-mate.

3. That following these Confrontation's starting in May, 2007 through July, 2007 And stoped when I filed the Detainee Grievance 07-X1506 And they Learned about it, And learned that I had Contacted Sheriff Dart, Lieutenant Hayes And others Counselors Ect, As well as Lawyers.

But the Damage was Done, where I am a JAil house Lawyer, one of the Best And has Assisted hundreds of Detainee's with they're Criminal And Civil cases, During his Cook County Jail stay From April, 2003 through March 27, 2007 Then I was Rearrested May 5, 2007 And returned to the Cook County Jail Custody. And Because of the Contact Defendant Duma forced on Campbell, the Detainee's Gang Members And Non-Gang Members began to suspect And fear that Campbell was And Informant.

And this Appeared to Be Defendant Duma's plan to make the JAil's population Falsely Believe I was An Informant, so that I would Be Assaulted or stabed then possibly Motivated to Hate Prisoners And help Defendant Duma Frame, Detainee's.

4. That as a Direct Result of the False Rumours in July, 2007 I had a fight on the Living Unit, The Guys who were My Associate's shyed away. And In the Court Bull pen on July 31, 2007 I was punched in the Back of the head by Gang Members, I found My self Constantly being Confronted by Detainee's about the False Rumours on Both, 9-17-07 and 10-22-07 I was Confronted in the Court Bull pen's Where I was on one Occassion punched in the Jaw.

I Dealt with these attack's Because if I told Jailers I would Confirm the false Rumours that I was a Snitch. So I began in August, 2007 Asking County Jail, Jailers to let Me sit on the Receiveing Bullpen Bench's, and Not Be Locked in the Bull pens.

And At Skokie Court house I began Requesting that the Jailer's, seperate Me from other prisoners, By putting Me in the Smaller Bull pen's And Not Taking Me up to Court until Everyone Else was through Because the Judge Haberkorn always Called Me Last Any way, Most Skokie Guard's Allowed this Seperation.

By: Don Campbell, Plaintiff, Pro.Se.
I Declare under Penalty of Perjury that the foregoing is true And Correct, Pursuant to 28 U.S.C. 2 1746
Dated: December 30, 2007



## State of Illinois
### Circuit Court of Cook County
#### Official Court Reporters

Timothy C. Evans
*Chief Judge*

Marilyn A. Filishio
*Administrator*

69 West Washington Street
Suite 900
Chicago, Illinois 60602
(312) 603-8509
Fax: (312) 603-9820
TDD: (312) 603-8539

November 5, 2007
In Re: Donald Campbell

DONALD CAMPBELL
NO. 20070033595
P.O. BOX 089002
CHICAGO, IL 60608

Dear Mr. Campbell:

I received your letter dated October 30, 2007, where you are requesting a status on your transcript request. Again, I have processed your request. Your transcripts are coming from several different court reporters at several different courthouses. I am only the supervisor for One North. All completed transcripts have been sent directly to Judge Haberkorn, per her request. I believe when you appear in court, the transcripts will be tendered to you.

Sincerely,

Jeanine M. Hollandsworth, Supervisor
Official Court Reporter's Office