United States District Court
Northern District of Illinois



Don Campbell
  Plaintiff
  vs.
Judge Catherine Haberkorn, Et al
  Defendants

Case No: 07-C-6337

Judge Filip

FILED  FEB 14 2008
FEB 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice of Filing And Proof of Service

TO: Richard Devine, States Attorney 500 Richard J. Daley Center Chicago, IL 60602

Please be Advised that on February 10, 2008 I filed the original     page Affidavit in support of Informa Pauperis request under Imminent Danger with Michael Dobbin's, Clerk of Court 219 S. Dearborn St. Chicago, IL 60604 a copy served on you.

Don Campbell
Lawrence Corr. Center
RR#2 Box 31
Sumner, IL 62466

United States District Court
Northern District of Illinois

Don Campbell
  Plaintiff
vs.
Judge Catherine Haberkorn, Et al
  Defendant's

Case No: 07-C-6337

Judge: Filip



FEB 14 2008

**FILED**
FEB 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

State of Illinois )
                  ) (ss)
County of Lawrence )

Affidavit of Don Campbell
In Support of Informa Pauperis
Request under Imminent Danger

I Don Campbell, being first duly sworn on oath do hereby state the following:

1. I am filing this Affidavit in light of the Court's January, 2008 order denying my motion's for clarification, commenting on my litigation history, my mail tampering court blockage claim against prison officials and my November 26, 2007 transfer out of Cook County Jail, I have closely examined the Court's January 31, 2008 order.

2. The question appear's to be whether or not the Imminent Danger law suit can still go forward, because shortly after the suit was filed, 18 days later I was transfered out of the custody of the initial danger situation, on this point I will relie on the expertise

Affidavit to support
Informa pauperis request

Page 2.

of the Court, . However I offer that the imminent danger lawsuit should go forward, because the imminent danger circumstances created by the defendants of which I tryed to avoid by pleading guilty on 11-19-07 to criminal charges that I was actually innocent of simply to be transfered out of the Cook County Jail away from the life threatening situation, have only followed me into the prison system.

3. Many of the inmates that were exposed to the rumours created by defendants Duma and Sevic at the County Jail, have transfered to the I.D.O.C. prison system either before and after me, and several are in Lawrence prison where I am housed.
And the false rumours of me being an informant have circulated.

4. Defendants Duma and Sevic have close ties and communication with the Illinois Department of Corrections prison system (I.D.O.C.) and trade and supply information and favors on troubled prisoners and targeted inmates, especially alleged gang members, This would explain my retaliatory transfer to a level two maximum 23 hour lock down prison. Gun towers high level of inmate and staff assaults, chow hall visit twice a day.
Note: The cover letter submitted with the filing

Affidavit to support
Informa pauperis request

Page 3.

of this lawsuit, Explain's how Jailers intercepted my first attempt to file this lawsuit, opened it, read it and I'm sure copied it, before returning it to me open. I placed the lawsuit in 2 seperate envelopes and remailed it.

Further I have seen several of the alleged gang leaders whom Defendant Duma has targeted here at Lawrence prison.

5. This lawsuit should also go forward because I am attempting to withdraw my Guilty plea and have a trial, and the Injunctive Relief against the Prejudice Judge clear the way for an Impartial Judge, when I pleaded Guilty on 11-19-07 to Attempted Burglary for 4 years I asked for a 7 day stay to copy and circulate my sentence sheet to inmates around the county Jail to prove I was not Cooperating with police, this was unsuccessful.

6. This Court's January 31, 2008 order addresses my 3 strike status under 42 USC² 1915(g). Note: In April, 2000 I was removed from United States penitentiary Beaumont, Texas rehoused in Boscobel, Wisconsin supermax prison, where Jailer's there were determined to break the Jail house Lawyer's, by Retaliation and Cruel, Evil and torture tactics, and my History of Litigation, The false Conspiracy conduct that they used to house me in supermax, made me a prime target, because in they're opinion supermax was made for prisoners like

Affidavit to support informa pauper's request

Page 4.

Me. During my stay at Supermax April, 2000 through August, 2002 (parole,) these Jailers taunted me, tortured me with food tampering mixed liquid excrement in my food, at times floor stripper spit, urine and other unknown substances that caused sickness, stomach pains, sores, Headaches complete and constant irretation every day I was there, and I knew no other way to fight back but by using the court system, and my Law suits were completely and effectively blocked by Judges Barbara Crab and John Shabaz of the United States District Court western district of Wisconsin,

These Judge's without investigation immediately Labeled these Law suits as Frivolous, believeing every Wisconsin Inmate was trying to circumvent the continued existence of the Boscobel Supermax prison, and they immediately struck me out with 3 or more strikes every time I complained.

The U.S.C.A. 7th circuit never gave me any hearings on Appeal, I even earned some very unkind and untrue label's from at least one 7th circuit Judge Diane Wood, I do not believe I was ever allowed to Brief or receive response's to these Appeals, et-al.

See: Don Lee AKA Don Campbell vs. Copsey 01-3724 (7th Cir)
See: Lee vs. Berge et al 02-1941 (7th Cir)
See: Lee v. Berge et al 01-4360 (7th Cir)
And all underlying Lawsuits deemed Frivolous By the

The District Court and given strikes, yet on reflection none of these lawsuits should have been dismissed or given strikes because the judges should have liberally construed them as Imminent Danger Claims.

7. Concerning this Court's statement that my mail tampering claim against Lawrence prison officials is ill founded.

I remain convinced of court blockage or frustration at the very least, on 12-30-07 I delivered to Jailers Legal letters requesting status check and address change in cases 06-C-0887 and 07-C-6337, I received no response of some 7 or 8 days later I remailed the exact letters to the Clerk, subsequently received a reply opened from the Clerk addressing case 06-C-0887 only but no mention of 07-C-6337, this prompted me to write status request for case 07-C-6337 again and mail it to the Clerks after no response I then drafted the Motions for Status or Clarification in case 07-C-6337, It was only after this filing that the Clerks on 1-29-08 sent me a docket sheet addressing case 07-C-6337. Accordingly Just because the Jailers gives the Court its mail, does not mean the Jailers gives me the Court's mail and when they withhold court mail from me, I am blocked from maintaining the speed of the case, because it creates the illusion of blockage.

AFFIDAVIT to Support
Informa pauperist Request

Page 6

True Example: On February 2, 2008 I delivered to Jailer Mr. Stout a supplement copy of the 25 page lawsuit with Exhibits number 27-132 of this case, and today is 2-10-08 and I have not received the postage voucher back, nor has the postage been removed from my prison account. And this supplement was submitted because on the docket of this case I noticed that it say's the complaint I filed was in poor quality, which leads me to believe jailers damaged it in some way, so I submited an exact copy.

Note: This court should stay any accessment of the lawsuit until the court reviews the supplement exact copy to ensure the accessment is of the lawsuit I filed the way I filed it.

Dated: February 10, 2008

Don Campbell

I declare under penalty of perjury that the foregoing is true and correct. Pursuant to 28 USC § 1746

Lawrence Corr. Center
RR#2 Box 31
Sumner, IL 62466