United States District Court
Northern District of Illinois

Don Campbell
  Plaintiff

vs.

Judge Catherine Haberkorn, Michael
Fitzgerald, Deputy Sheriff, Et al,
  Defendants

Case No: 07-C-6337

Judge Filip

**FILED**
FEB 2 0 2008
Feb 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion To Supplement The Record With An Exact Copy Of The Imminent Danger 2 1983 Complaint And Short Appendix

Now Comes your plaintiff Don Campbell (hereinafter) Campbell, and hereby moves this Honorable Court for permission to supplement the record with and exact copy of the complaint, in support of this Motion Campbell states as follows:

1. That on November 8, 2007 this Court received Campbell's Imminent Danger Complaint under 21983.

2. That after a series of status check requests by Campbell, on January 29, 2008 the prisoner correspondence clerk sent Campbell a copy of the Docket Entry for this case,

And Particularly the first Docket Entry for 11/8/2007 Reads:

Motion to supplement the Record
Case 1:07-cv-06337   Document 16   Filed 02/20/2008   Page 2 of 3
Page 2.

Quote: #1 Received Complaint and No Copies by Don Campbell (Exhibits) (KJC) Poor Quality Original - paper document on file. Entered: 11-14-2007) unQuote:

3. That the Docket sheet specifically caught Campbell's attention where it read's poor quality original. Because Campbell sent the Court for filing the original Complaint, on the Z1983 Complaint form supplyed by the Clerk's office with attached EXTRA space pages from pages 8-25 with a short appendix sheet with short appendix starting from pages 26-122, all page's were neatly printed on clean unwringled new writting paper. And all Exhibits that were in the short appendix were in correct order and numbered from pages 27 through 122.

Therefore the only way the Court could have received the Complaint in poor quality, is if it was tampered with or some how sabotaged by the Cook County Jailers, when Campbell turned it over to them for filing.

And it is for all of these Reason's, that Campbell now moves to supplement the record with an exact copy of the Complaint and

Short Appendix,

Note: The supplemented copy of the complaint was zerox copied directly from the original complaint Complaint gave to Jailers to file, The only difference being is that Campbell added the case number the Judges name, and added on page 1 that defendants are being sued in theyre individual and official capacities The rest of the complaint is and exact copy of the complaint and short appendix, Campbell gave to Jailers to mail to the court for filing.

The court can review this supplement complaint to determine, if and or how the Jailers tampered with the original complaint, making it be of poor quality when it was received on November 8, 2007 by the Clerks office.

Notice of filing and proof of service

TO: Richard Devine, States Atty 500 Richard J. Daley Center, Chicago, IL 60602

Please be advised that since no attorney has been appointed a courtesy copy of the motion is sent to Richard Devine, But I filed with Michael Dobbins Clerk of Above court on 2-3-08 the original supplement and copy of complaint and short appendix

Don Campbell

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 USC 21746

Don Campbell N-23385
RR#2 Box 31
Sumner, IL 62466