# In The United States District Court
## Northern District of Illinois

Don Campbell
  Plaintiff

vs.

Judge: Catherine Haberkorn
Et al.
  Defendants

Case No: 07-C-6337

Judge: Filip

**FILED**

FEB 20 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Emergency Motion To Stay The Ruling On Imminent Danger Application To Proceed Informa Pauperis, Pending the Court's Receipt of Campbell's Motion to Supplement the Record With a Copy of the Complaint And Exhibits, With Copy of Complaint And Exhibits Attached

1. That, For the First time on 1-28-08 Campbell Received a Clerk's Response to his Status check And Address Claim letters.

   The Clerk sent Campbell a Docket sheet, On this Docket at #1 It stated that the Complaint was Received 11-8-07 with Exhibits In poor Quality.

   While Campbell Does Not Understand Exactly How the Complaint was Poor, Campbell Does know that when he Delivered the Complaint

to Jailer's at the Cook County Jail for Mailing, it was in excellent condition.

Note: The complaint was mailed twice before it was successful, the 1st mailing County Jail officials returned the complaint opened unmailed, stateing because of the new terrorist law's, no package weighing 3 pounds or more could be mailed from the jail, that it had to be hand delivered to the post office, so Campbell believing this a tactic by Jailers to open, read, copy and frustrate the filing of the complaint, I simply split the complaint in half put it in 2 seperate envelopes affixed postage and remailed the complaint and exhibits.

The complaint was in excellent condition numbered 1-25 and the exhibit sheet and exhibits numbered 26-122 top corner of paper.

2. However the purpose of this Emergency Motion is because on 2-3-08 Campbell mailed a motion to supplement the record with a copy of the complaint and exhibits, and attached a copy of the complaint and exhibits to the motion submitted it to Lawrence Jailer's with a money voucher for payment of postage

Emergency Motion to stay
Case 1:07-cv-06337    Document 17    Filed 02/20/2008    Page 3 of 4
page 3

- To ensure that the Court has an accurate copy of the Complaint and Exhibits, first mailed to the Court. However Campbell has since learned that Jailers have not processed or mailed out this motion with the Complaint and Exhibits, because Campbell has not received any receipt for the payment of postage and it has been 10 days since delivery to Jailers for mailing. (Campbell has already filed a Grievance for Court Blockage)

3. With Respect to this Court's January 31, 2008 order addressing Campbell's Court Blockage Claim, Campbell respects the Court's views but points out that retaliateing Jailers level of stealth practices have evolved over the years, and while they
- may forward all of Campbell's outgoing mail to the Courts but it is unfair and sneaky for Jailers on the other hand to refuse to deliver Clerk Court mail to Campbell, or Greatly prolong such delivery realizeing that it is in response to a status check or pleading by Campbell, and also realizeing that these actions will create the illusion in Campbell's mind that his pleadings are not reaching the Courts.

This is especially true, like in the case at bar where Campbell has since 12-30-07 communicated with the Court Clerk's by mail, and has received no kind of response concerning this case until 1-28-08
- and for the first time learning that the Docket show's that the Complaint was received in poor quality,

And all of the Clerk's Response's Prior to that were removed from the envelope or not given to Campbell concerning the case at Bar.

Campbell offer's that if the Court get's Campbell's mail, but on the other hand the Jailer's withhold's the Clerk's mail from Campbell, then this does block Campbell's access to the court. It cause's Campbell to guest as to whether or not his letter's or pleadings have reached the court, this is especially true where Campbell is unable to call the court by phone.

With respect's to the 2-3-08 motion to supplement the record with a copy of the complaint and exhibits, if Jailers won't release it, Campbell will recopy it and remail it.

Further Note: It is worth mentioning that on 1-31-08 Campbell mailed for filing a motion to supplement the complaint w/ supplements (1)-(3) and on 2-10-08 Campbell mailed for filing a affidavit in support of informa pauperis request.

## Conclusion

Wherefore for all of the above reason's a two week stay on accessing the complaint is requested, to ensure that the court review's the complaint and exhibits in the condition that Campbell mailed them to the court in.

## Notice of filing and Proof of Service

TO: Richard Devine, State's Atty 500 Richard J. Daley Center Chicago, IL 60602

Please be advised that on February 13, 2008 I filed the original motion with the Clerk of above court a copy served on you by mail.

Don Campbell RR#2 Box 31 Sumner, IL 62466