# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6337 | **DATE** | March 11, 2008 |
| **CASE TITLE** | Donald Campbell # N-23385 a.k.a. Donald Lee v. Haberkorn | | |

**DOCKET ENTRY TEXT:**

Plaintiff Donald Campbell, a.k.a. Donald Lee, sues a state court judge, various employees of the Cook County Sheriff's department and the Cook County Clerk's office without submitting the $350 filing fee. Plaintiff has already struck out pursuant to 28 U.S.C.§ 1915(g). Nevertheless, he submitted a motion to proceed *in forma pauperis*. This motion is denied. [3] The complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center. Any other pending motions are denied as moot. In addition, although Plaintiff entitles his complaint "imminent danger" and "emergency preliminary injunction", the court finds that no imminent danger and no emergency exist.

■[ For further details see text below.]
Docketing to mail notices.

## STATEMENT

Plaintiff, Don Campbell, currently a prisoner at Lawrence Correctional Center, has submitted this complaint without paying the filing fee. Instead, he claims that he is in imminent danger of serious physical injury and has submitted a motion to proceed *in forma pauperis*. The Prison Litigation Reform Act ("PLRA"), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). But Plaintiff cannot simply repeat these words. The court must find, from reading the complaint, that he is in such danger. In this case, Plaintiff sues the state court judge in one of his criminal cases, 07 CR 10564, claiming that he did not have a fair trial in state court, and that there were violations of the Illinois Speedy Trial Act in this criminal case. He also challenges substitution of judges in other criminal matters in state court. The court finds that none of these claims put Plaintiff in imminent danger of serious physical injury of the type contemplated by the PLRA. Therefore, the Plaintiff has failed to meet the requirements of the exception to 28 U.S.C. § 1915(g). It is clear that this Plaintiff has struck out under this same statute. At least three of his previous actions have been dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted. *See eg., Campbell v. Williams,* 93 C 3420, dismissed June 21, 1993; *Campbell v. Kull,* 93 C 3883, dismissed July 15, 1993, and affirmed by the 7th Circuit on August 29, 1994, in case number 93-2945; and *Hasham v. Berge,* 01 C 314, dismissed September 25, 2001, in the E.D. Wisconsin; and in the 7th Circuit, in *Lee v. Copsey,* 01-3724, dismissed by the Seventh Circuit April 22, 2002. In addition, Plaintiff has been told that he has struck out. *See Campbell v. City of Chicago,* 05 C 2351, dismissed May 11, 2005. Accordingly, 28 U.S.C. § 1915 (g) prevents him from proceeding without the full payment of the $350 filing fee. The court has reviewed his complaint carefully and finds that nothing in this complaint qualifies as an emergency. Additionally, Plaintiff is advised that state prisoners who want to challenge their convictions, must seek habeas corpus. *See, e.g., Preiser v. Rodriguez,* 411 U.S. 475 (1973). Because Plaintiff failed to pay the filing fee and also failed to inform the court that he has struck out, even though he has been told that he has (see cases listed above), his case is dismissed. *Sloan v. Lesza,* 181 F.3d 857 (7th Cir. 1999).

| | Courtroom Deputy Initials: | ste |
|---|---|---|