United States District Court
Northern District of Illinois

**FILED**
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Don Campbell
Plaintiff

vs.

Catherine Haberkorn, Michael Fitzgerald Deputy Sheriff, Ms. Picante, Deputy Sheriff, Phyllis Yaeger, Court Reporter, Abraham Centendo, Clerk, Mr. Duma S.O.R.t Sheriff's police, David Sevic Sheriff's police Cook County.
Defendants in their Individual and Official Capacity

Case No: 07-C-6337

Judge: Mark Filip
Reassigned To:
Judge: Ruben Castillo

## Notice of Appeal

The plaintiff Don Campbell, pro.se. Now appeal's the March 11, 2008 dismissal of the 42 U.S.C. = 1983 Complaint, under Imminent Danger, where the reassigned trial Judge Ruben Castillo, Ruled against the plaintiff and in favor of the Defendant's, where Judge Castillo refused to allow the plaintiff to proceed informa pauperis under Imminent Danger claims, where the plaintiff already had 3 strikes and could not file the complaint with a regular informa pauperis application. Judge Castillo held no Imminent Danger existed, mistakenly believing that the Imminent Danger claim was

solely against Defendant Haberkorn, when the Direct cause of the Imminent Danger and perpetrator Defendant's Mr.Duma, S.O.R.T Sheriff's police, at the Cook County Jail and David Sevic, Sheriff's police, where completely Ignored, the claims against them were completely ignored and never addressed by trial Judge Ruben Castillo, in his March 11, 2008 order summarily Dismissing the complaint, believing It was a speedy trial denial claim, Erroneously. This March 11, 2008 order Dismissing the complaint Judge Ruben Castillo, mistakenly stated that the plaintiff Campbell never told the court that he had 3 strikes and had struck out.

When this is clearly wrong information, because when Campbell filed the complaint in November, 2007 he sent the court a cover letter and wrote that he had to file the complaint under 28 USC 2 1915(g) Imminent Danger, clearly because he had 3 strikes.

Directly on the 1st page of the complaint Campbell wrote Imminent Danger complaint, If Campbell could pay the filing fee or proceed on a regular Informa Pauperis lawsuit then there would be no reason to file under Imminent Danger.

(2008) Further the original Judge Mark Filip in a January 31, 2008 order acknowledged that Campbell had Alerted the court that he had struck out and was filing the current complaint under Imminent Danger and Continued the case for a ruling on Campbell's Imminent

Danger Claim. But before Judge Filip could do so he was appointed as the Deputy Attorney General for the United States by President Bush, and Judge Castillo was assigned as the New Judge, in this case.

Also on December 30, 2007 Campbell filed a Motion to supplement the Imminent Danger Complaint with attached Exhibits (1)(2) and (3) where Exhibit (2) was a 3 page affidavit that pointed out how Defendants set Campbell up to be attacked, assaulted, how Campbell was assaulted, harrassed and threatened and how he still remains in a Imminent Danger situation in Prison. See: Ashley v. Dilworth, 147 F.3d 715.

This supplement Motion was completely ignored by Judge Castillo in his March 11, 2008 order summarily dismissing the Complaint.

Next on February 9th, 2008 Campbell filed a 7 page affidavit in support of the Imminent Danger Informa Pauperis Application, where Campbell explains to the court in great detail how he received 3 Strikes, and why he should not be looked upon negatively because he was a repeat filer.

This affidavit in support of the Imminent Danger Informa Pauperis Application, was completely ignored by Judge Castillo in his March 11, 2008 order summarily dismissing the Complaint.

Notice of Appeal                    Page 4.                      # 07-C-6337

But Equally Important Judge Castillo Erroneously Choose to hold that Campbell could not Bring the 42 U.S.C. § 1983 Complaint under A Imminent Danger Informa pauperis Application, Then ordered that Campbell Be ordered to pay the $350.00 Filing fee, Any way. By ordering that prison officials put a negative Balance against Campbell's prison account.

When it is Clear that if Campbell has Struck Out And he can't file a lawsuit informa pauperis, Then he can't Bring the lawsuit at all and can't be charged for filing a lawsuit he is Not allowed to proceed on.

See: White V. State of Colo, 157 F.3d 1226 (1998) Rivera V. Allin 144 F.3d 719 (1998) And Ayers V. Norris 43 F.Supp. 1039 (1999) Campbell Filed a Reconsideration Motion 3-18-08.

<u>Unique Reason's Why This Appeal Should Be Heard</u>

This Appeal Should Be Heard Because of All of the Above Reasons Prove that Here Justice has Miscarried, And Fairness Dictates Reversal.

<u>Notice of Filing And Proof of Service</u>
TO: Asst. States Attorney, 500 Richard J. Daley Center Chicago, IL 60602

Please be Advised that on April 9, 2008 I Filed in the Above Court with Michael Dobbins/Clerk the original Notice of Appeal a copy served on you.

Don Campbell, N-23385, RR#2 Box 31 Sumner IL 62466
I Declare under penalty of perjury that the foregoing is true And Correct, Pursuant to 28 USC § 1746