United States District Court
Northern District of Illinois

FILED
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Don Campbell
Plaintiff

vs.

Catherine Haberkorn, Michael Fitzgerald
Deputy Sheriff, Ms. Picante, Deputy Sheriff,
Phyllis Yaeger, Court-Reporter
Abraham Centendo, Clerk, Mr. Duma
S.O.R.t Sheriff's police, David Devic
Sheriff's police Cook County.
Defendants in their
Individual And Official Capacity

Case No: 07-C-6337

Judge: Mark Filip
Reassigned To:

Judge: Ruben Castillo

## Notice of Appeal

The plaintiff Don Campbell, pro.se. Now Appeals the March 11, 2008 Dismissal of the 42 U.S.C. § 1983 Complaint, under Imminent Danger, where the Reassigned trial Judge Ruben Castillo, Ruled against the plaintiff and in favor of the Defendant's, where Judge Castillo refused to allow the plaintiff to proceed informa pauperis under Imminent Danger Claims, where the plaintiff already had 3 strikes and could not file the complaint with a regular Informa Pauperis Application. Judge Castillo held No Imminent Danger existed, Mistakenly Believing that the Imminent Danger claim was

Notice of Appeal                                Page 2.                 #07-C-6331

Solely against Defendant Haberkorn, when the direct cause of the Imminent Danger and perpetrator Defendant's Mr. Duma, S.O.R.t Sheriff's police, at the Cook County Jail and David Sevic, Sheriff's police, where completely ignored, the claims against them were completely ignored and never addressed by trial Judge Ruben Castillo, in his March 11, 2008 order summarily Dismissing the Complaint, believing it was a speedy trial denial claim, erroneously. This March 11, 2008 order Dismissing the Complaint Judge Ruben Castillo, mistakenly stated that the Plaintiff Campbell never told the Court that he had 3 strikes and had struck out.

When this is clearly wrong information, because when Campbell filed the complaint in November, 2007 he sent the Court a cover letter and wrote that he had to file the Complaint under 28 USC2 1915(g) Imminent Danger, clearly because he had 3 strikes.

Directly on the 1st page of the Complaint Campbell wrote Imminent Danger Complaint, if Campbell could pay the filing fee or proceed on a regular Informa Pauperis lawsuit then there would be no reason to file under Imminent Danger.

(2008) Further the original Judge Mark Filip in a January 31, 2008 order acknowledged that Campbell had alerted the Court that he had struck out and was filing the current complaint under Imminent Danger and continued the case for a ruling on Campbell's Imminent

Danger Claim. But before Judge Filip could do so he was Appointed as the Deputy Attorney General for the United States By President Bush, And Judge Castillo was Assigned as the New Judge, in this case.

Also on December 30, 2007 Campbell filed a Motion to Supplement the Imminent Danger Complaint with Attached Exhibits (1)(2) And (3) where Exhibit (2) was a 3 page Affidavit that pointed out how Defendants Set Campbell up to be Attacked, Assaulted, How Campbell was Assaulted, Harrassed And threatened And how he Still Remains in a Imminent Danger Situation in Prison. See: Ashley V. Dilworth, 147 F.3d 715.

This supplement Motion was Completely Ignored by Judge Castillo in his March 11, 2008 order Summarily Dismissing the Complaint.

Next on February 9th, 2008 Campbell filed a 7 page Affidavit in support of the Imminent Danger Informa Pauperis Application, where Campbell Explains to the Court in Great Detail How he Received 3 Strikes, And why he should not be looked upon Negatively Because he was a Repeat-Filer.

This Affidavit in Support of the Imminent Danger Informa Pauperis Application, was Completely Ignored by Judge Castillo in his March 11, 2008 order Summarily Dismissing the Complaint.

But Equally Important Judge Castillo Erroneously Choose to hold that Campbell Could Not Bring the 42 U.S.C. § 1983 Complaint under A Imminent Danger Informa Pauperis Application, Then ordered that Campbell Be ordered to pay the $350.00 Filing Fee, Any way. By ordering that prison officials put a negative Balance against Campbell's Prison account.

When it is clear that if Campbell has struck out And he can't file a lawsuit informa pauperis, Then he can't bring the lawsuit at all And Can't be Charged For Filing a lawsuit he is Not Allowed to proceed on.

See: White v. State of Colo, 157 F.3d 1226 (1998) Rivera v. Allin 144 F.3d 719 (1998) And Ayers v. Norris 43 F.Supp. 1039 (1999) Campbell Filed a Reconsideration Motion 3-18-08.

### Unique Reasons Why this Appeal Should Be Heard

This Appeal Should Be Heard Because of All of the Above Reasons Prove that Here Justice has Miscarried, And Fairness Dictates Reversal.

### Notice of Filing And Proof of Service

TO: Asst. States Attorney, 500 Richard J. Daley Center Chicago, IL 60602

Please be advised that on April 9, 2008 I Filed In the Above Court with Michael Dobbins, Clerk the Original Notice of Appeal a copy Served on you.

Don Campbell, N-23385, RR#2 Box 31 Sumner IL 62466

I declare under penalty of perjury that the foregoing is true And correct, pursuant to 28 USC § 1746

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 cv 6337

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Campbell/appellant | | Haberkorn/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Don Campbell | Name | |
| Firm | pro-se  #N-23385 | Firm | |
| Address | Lawrence -LAW<br>R.R. 2 Box 31<br>Sumner, Il. 62466 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Castillo | Date Filed in District Court | 11/8/07 |
| Court Reporter | K. Fennell   X- 5569 | Date of Judgment | 3/12/08 |
| Nature of Suit Code | 550 | Date of Notice of Appeal | 4/15/08 |

COUNSEL:    Appointed [ ]    Retained [ ]    Pro Se [X]

FEE STATUS:    Paid [ ]    Due [X]    IFP [ ]

IFP Pending [ ]    U.S. [ ]    Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes [ ]    No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]    Denied [ ]    Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6337 | **DATE** | March 11, 2008 |
| **CASE TITLE** | Donald Campbell # N-23385 a.k.a. Donald Lee v. Haberkorn | | |

**DOCKET ENTRY TEXT:**

  Plaintiff Donald Campbell, a.k.a. Donald Lee, sues a state court judge, various employees of the Cook County Sheriff's department and the Cook County Clerk's office without submitting the $350 filing fee. Plaintiff has already struck out pursuant to 28 U.S.C.§ 1915(g). Nevertheless, he submitted a motion to proceed *in forma pauperis*. This motion is denied. [3] The complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center. Any other pending motions are denied as moot. In addition, although Plaintiff entitles his complaint "imminent danger" and "emergency preliminary injunction", the court finds that no imminent danger and no emergency exist.

■[ For further details see text below.]
Docketing to mail notices.

## STATEMENT

 Plaintiff, Don Campbell, currently a prisoner at Lawrence Correctional Center, has submitted this complaint without paying the filing fee. Instead, he claims that he is in imminent danger of serious physical injury and has submitted a motion to proceed *in forma pauperis*. The Prison Litigation Reform Act ("PLRA"), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). But Plaintiff cannot simply repeat these words. The court must find, from reading the complaint, that he is in such danger.  In this case, Plaintiff sues the state court judge in one of his criminal cases, 07 CR 10564, claiming that he did not have a fair trial in state court, and that there were violations of the Illinois Speedy Trial Act in this criminal case. He also challenges substitution of judges in other criminal matters in state court. The court finds that none of these claims put Plaintiff in imminent danger of serious physical injury of the type contemplated by the PLRA. Therefore, the Plaintiff has failed to meet the requirements of the exception to 28 U.S.C. § 1915(g).  It is clear that this Plaintiff has struck out under this same statute. At least three of his previous actions have been dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted. *See eg., Campbell v. Williams,* 93 C 3420, dismissed June 21, 1993; *Campbell v. Kull,* 93 C 3883, dismissed July 15, 1993, and affirmed by the 7th Circuit on August 29, 1994, in case number 93-2945; and *Hasham v. Berge,* 01 C 314, dismissed September 25, 2001, in the E.D. Wisconsin; and in the 7th Circuit, in *Lee v. Copsey*, 01-3724, dismissed by the Seventh Circuit April 22, 2002. In addition, Plaintiff has been told that he has struck out. *See Campbell v. City of Chicago,* 05 C 2351, dismissed May 11, 2005. Accordingly, 28 U.S.C. § 1915 (g) prevents him from proceeding without the full payment of the $350 filing fee. The court has reviewed his complaint carefully and finds that nothing in this complaint qualifies as an emergency. Additionally, Plaintiff is advised that **state prisoners who want to challenge their convictions, must seek habeas corpus.** *See, e.g., Preiser v. Rodriguez,* 411 U.S. 475 (1973*).* Because Plaintiff failed to pay the filing fee and also failed to inform the court that he has struck out, even though he has been told that he has (see cases listed above), his case is dismissed. *Sloan v. Lesza*, 181 F.3d 857 (7th Cir. 1999).

| | Courtroom Deputy Initials: | ste |
|---|---|---|

APPEAL, NOLAN, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06337
### Internal Use Only

Campbell v. Haberkorn et al
Assigned to: Honorable Ruben Castillo
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 11/08/2007
Date Terminated: 03/11/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Don Campbell**  represented by  **Don Campbell**
N-23385
Lawrence - LAW
R.R. 2, Box 31
Sumner, IL 62466
PRO SE

V.

**Defendant**

**Catherine Haberkorn**
*Judge*

**Defendant**

**Michael Fitzgerald**
*Deputy Sheriff*

**Defendant**

**Unknown Named Lady**
*(Possibly Picante) Deputy Sheriff*

**Defendant**

**Phyllis Yaeger**

**Defendant**

**Abraham Centendo**
*Clerk*

**Defendant**

**Mr. Duma**

*S.O.R.T. Sheriff Police*

**Defendant**

**David Sevic**
*Sheriff Police*

**Service List**                                         represented by **Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | RECEIVED Complaint and no copies by Don Campbell(Exhibits). (kjc ) Poor Quality Original - Paper Document On File. (Entered: 11/14/2007) |
| 11/08/2007 | 2 | CIVIL Cover Sheet. (kjc ) (Entered: 11/14/2007) |
| 11/08/2007 | 3 | APPLICATION by Plaintiff Don Campbell for leave to proceed in forma pauperis. (kjc ) (Entered: 11/14/2007) |
| 11/08/2007 | 4 | LETTER from Don Campbell dated 11/04/07. (kjc ) (Entered: 11/14/2007) |
| 11/08/2007 | 5 | POST MARKED envelope for initiating document by Don Campbell (Document not scanned) (aew, ) (Entered: 11/21/2007) |
| 01/14/2008 | 6 | NOTICE by Don Campbell of Change of Address (rbf, ) (Entered: 01/17/2008) |
| 01/23/2008 | 7 | STATUS check and address change by Don Campbell (rbf, ) (Entered: 01/25/2008) |
| 01/28/2008 | 8 | MOTION by Plaintiff Don Campbell requesting clarification. (rbf, ) (Entered: 01/31/2008) |
| 01/28/2008 | 9 | LETTER from Don Campbell dated 1/22/08. (rbf, ) (Entered: 01/31/2008) |
| 01/29/2008 | 10 | MOTION by Plaintiff Don Campbell for clarification. (rbf, ) (Entered: 01/31/2008) |
| 01/31/2008 | 11 | MINUTE entry before Judge Mark Filip dated 1/31/08:Plaintiff's motions for clarification (D.E. 8 and D.E. 10) are denied without prejudice as moot. Motions terminated. Plaintiff is advised that the Court has received his notice of change of address (D.E. 6), his "status check" of January 15, 2008 (D.E.7) and his letter of January 22, 2008 (D.E.9). Furthermore, Plaintiff is advised that his case is proceeding in the ordinary course, and that Plaintiff will be notified when orders are issued by the Court. Judicial staff mailed notice (gl, ) (Entered: 01/31/2008) |
| 02/05/2008 | 12 | MOTION by Plaintiff Don Campbell to supplement imminent danger |

| | | |
|---|---|---|
| | | complaint under 1983. (rbf, ) (Entered: 02/07/2008) |
| 02/05/2008 | 13 | RECEIVED Amended Complaint and no copies by Don Campbell. (rbf, ) (Entered: 02/07/2008) |
| 02/05/2008 | 14 | POST MARKED envelope for supplemental complaint by Don Campbell (Document not scanned) (aew, ) (Entered: 02/11/2008) |
| 02/14/2008 | 15 | AFFIDAVIT of Don Campell by Don Campbell in support of in forma pauperis request under imminent danger; Notice of Filing.(rbf, ) (Entered: 02/19/2008) |
| 02/20/2008 | 16 | MOTION by Plaintiff Don Campbell to supplement the record with an exact copy of the imminent danger 1983 complaint and short appendix. (rbf, ) (Entered: 02/25/2008) |
| 02/20/2008 | 17 | MOTION by Plaintiff Don Campbell to stay the ruling on imminent danger application to proceed in forma pauperis.(rbf, ) (Entered: 02/25/2008) |
| 03/06/2008 | 18 | EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Ruben Castillo for all further proceedings. (See order for details). Signed by Executive Committee on 3/6/2008. Mailed notice (gej, ) (Entered: 03/07/2008) |
| 03/11/2008 | 19 | MINUTE entry before Judge Ruben Castillo : Plaintiff Donald Campbell, a.k.a. Donald Lee, sues a state court judge, various employees of the Cook County Sheriffs department and the Cook County Clerks office without submitting the $350 filing fee. Plaintiff has already struck out pursuant to 28 U.S.C.§ 1915(g). Nevertheless, he submitted a motion to proceed in forma pauperis. This motion is denied. 3 The complaint is summarily dismissed for failure of the plaintiff to advise the court that he had struck out. The case is terminated. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center. Any other pending motions are denied as moot. In addition, although Plaintiff entitles his complaint imminent dangerand emergency preliminary injunction,the court finds that no imminent danger and no emergency exist.Mailed notice (rbf, ) (Entered: 03/12/2008) |
| 03/11/2008 | | (Court only) ***Civil Case Terminated. (rao, ) (Entered: 03/18/2008) |
| 03/12/2008 | | MAILED certified copy of minute order dated 3/11/08 to Trust Fund Officer at Lawrence Correctional Center. (rbf, ) (Entered: 03/12/2008) |
| 03/24/2008 | 20 | MOTION by Plaintiff Don Campbell for reconsideration of this Court's March 11, 2008 summarily dismissal of this case 19 . (td, ) (Entered: 03/27/2008) |
| 04/15/2008 | 21 | NOTICE of appeal by Don Campbell regarding orders 19 (Fee Due) (dj, ) (Entered: 04/17/2008) |
| | | |

| 04/17/2008 | 22 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/17/2008) |