FILED
APRIL 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 17, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1929
>
> Caption:
> DON CAMPBELL,
> Plaintiff - Appellant
>
> v.
>
> CATHERINE HABERKORN, Judge, et al.,
>  Defendants - Appellees
>
> District Court No: 1:07-cv-06337
> Court Reporter K. Fennell
> Clerk/Agency Rep Michael Dobbins
> District Judge Ruben Castillo
>
> Date NOA filed in District Court: 04/15/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**

form ID: **188**