

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                    312-435-5670

May 5, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Campbell -v- Haberkorn

U.S.D.C. DOCKET NO. : 07 cv 6337

U.S.C.A. DOCKET NO. : 08 - 1929

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)         *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                            D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Campbell -v- Haberkorn.

USDC NO.   : 07 cv 6337

USCA NO.   : 08 - 1929

         IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 5th day of May 2008.

         MICHAEL W. DOBBINS, CLERK

         By: _____
             D. Jordan, Deputy Clerk

APPEAL, NOLAN, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06337
### Internal Use Only

| | |
|---|---|
| Campbell v. Haberkorn et al | Date Filed: 11/08/2007 |
| Assigned to: Honorable Ruben Castillo | Date Terminated: 03/11/2008 |
| Case in other court: 08-01929 | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Don Campbell**           represented by    **Don Campbell**
N-23385
Lawrence - LAW
R.R. 2, Box 31
Sumner, IL 62466
PRO SE

V.

**Defendant**

**Catherine Haberkorn**
*Judge*

**Defendant**

**Michael Fitzgerald**
*Deputy Sheriff*

**Defendant**

**Unknown Named Lady**
*(Possibly Picante) Deputy Sheriff*

**Defendant**

**Phyllis Yaeger**

**Defendant**

**Abraham Centendo**
*Clerk*

**Defendant**

**Mr. Duma**

*S.O.R.T. Sheriff Police*

**Defendant**

**David Sevic**
*Sheriff Police*

**Service List**            represented by **Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | RECEIVED Complaint and no copies by Don Campbell(Exhibits). (kjc) Poor Quality Original - Paper Document On File. (Entered: 11/14/2007) |
| 11/08/2007 | 2 | CIVIL Cover Sheet. (kjc) (Entered: 11/14/2007) |
| 11/08/2007 | 3 | APPLICATION by Plaintiff Don Campbell for leave to proceed in forma pauperis. (kjc) (Entered: 11/14/2007) |
| 11/08/2007 | 4 | LETTER from Don Campbell dated 11/04/07. (kjc) (Entered: 11/14/2007) |
| 11/08/2007 | 5 | POST MARKED envelope for initiating document by Don Campbell (Document not scanned) (aew,) (Entered: 11/21/2007) |
| 01/14/2008 | 6 | NOTICE by Don Campbell of Change of Address (rbf,) (Entered: 01/17/2008) |
| 01/23/2008 | 7 | STATUS check and address change by Don Campbell (rbf,) (Entered: 01/25/2008) |
| 01/28/2008 | 8 | MOTION by Plaintiff Don Campbell requesting clarification. (rbf,) (Entered: 01/31/2008) |
| 01/28/2008 | 9 | LETTER from Don Campbell dated 1/22/08. (rbf,) (Entered: 01/31/2008) |
| 01/29/2008 | 10 | MOTION by Plaintiff Don Campbell for clarification. (rbf,) (Entered: 01/31/2008) |
| 01/31/2008 | 11 | MINUTE entry before Judge Mark Filip dated 1/31/08:Plaintiff's motions for clarification (D.E. 8 and D.E. 10) are denied without prejudice as moot. Motions terminated. Plaintiff is advised that the Court has received his notice of change of address (D.E. 6), his "status check" of January 15, 2008 (D.E.7) and his letter of January 22, 2008 (D.E.9). Furthermore, Plaintiff is advised that his case is proceeding in the ordinary course, and that Plaintiff will be notified when orders are issued by the Court. Judicial staff mailed notice (gl,) (Entered: 01/31/2008) |
| 02/05/2008 | 12 | MOTION by Plaintiff Don Campbell to supplement imminent danger |

| | | | |
|---|---|---|---|
| | | | complaint under 1983. (rbf, ) (Entered: 02/07/2008) |
| 02/05/2008 | | 13 | RECEIVED Amended Complaint and no copies by Don Campbell. (rbf, ) (Entered: 02/07/2008) |
| 02/05/2008 | | 14 | POST MARKED envelope for supplemental complaint by Don Campbell (Document not scanned) (aew, ) (Entered: 02/11/2008) |
| 02/14/2008 | | 15 | AFFIDAVIT of Don Campell by Don Campbell in support of in forma pauperis request under imminent danger; Notice of Filing.(rbf, ) (Entered: 02/19/2008) |
| 02/20/2008 | | 16 | MOTION by Plaintiff Don Campbell to supplement the record with an exact copy of the imminent danger 1983 complaint and short appendix. (rbf, ) (Entered: 02/25/2008) |
| 02/20/2008 | | 17 | MOTION by Plaintiff Don Campbell to stay the ruling on imminent danger application to proceed in forma pauperis.(rbf, ) (Entered: 02/25/2008) |
| 03/06/2008 | | 18 | EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Ruben Castillo for all further proceedings. (See order for details). Signed by Executive Committee on 3/6/2008. Mailed notice (gej, ) (Entered: 03/07/2008) |
| 03/11/2008 | | 19 | MINUTE entry before Judge Ruben Castillo : Plaintiff Donald Campbell, a.k.a. Donald Lee, sues a state court judge, various employees of the Cook County Sheriffs department and the Cook County Clerks office without submitting the $350 filing fee. Plaintiff has already struck out pursuant to 28 U.S.C.§ 1915(g). Nevertheless, he submitted a motion to proceed in forma pauperis. This motion is denied. 3 The complaint is summarily dismissed for failure of the plaintiff to advise the court that he had struck out. The case is terminated. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center. Any other pending motions are denied as moot. In addition, although Plaintiff entitles his complaint imminent dangerand emergency preliminary injunction,the court finds that no imminent danger and no emergency exist.Mailed notice (rbf, ) (Entered: 03/12/2008) |
| 03/11/2008 | | | (Court only) ***Civil Case Terminated. (rao, ) (Entered: 03/18/2008) |
| 03/12/2008 | | | MAILED certified copy of minute order dated 3/11/08 to Trust Fund Officer at Lawrence Correctional Center. (rbf, ) (Entered: 03/12/2008) |
| 03/24/2008 | | 20 | MOTION by Plaintiff Don Campbell for reconsideration of this Court's March 11, 2008 summarily dismissal of this case 19 . (td, ) (Entered: 03/27/2008) |
| 04/15/2008 | | 21 | NOTICE of appeal by Don Campbell regarding orders 19 (Fee Due) (dj, ) (Entered: 04/17/2008) |

| 04/15/2008 | (24) | POST MARKED envelope for notice of appeal by Don Campbell (Document not scanned) (aew, ) (Entered: 04/18/2008) |
| --- | --- | --- |
| 04/17/2008 | 22 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/17/2008) |
| 04/17/2008 | 23 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 21 . Notified counsel (dj, ) (Entered: 04/17/2008) |
| 04/21/2008 | 25 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 21 ; USCA Case No. 08-1929. (td, ) (Entered: 04/22/2008) |
| 04/22/2008 | 26 | CIRCUIT Rule 3(b) Notice. (td, ) (Entered: 04/23/2008) |

```
KEY

All circled items are included in this record.
All crossed out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```