United States District Court
Northern District of Illinois

Don Campbell
   Plaintiff
vs.
Catherine Haberkorn, Judge, Et al
   Defendants

Case No: 07-C-6337

Judge: Castillo

**FILED**
MAY 2 2008 *aew*
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Emergency Motion to Dismiss this Appeal #08-1929, And Suspend Filing of the Notice of Appeal, until After Campbells Reconsideration Motion is Ruled on And until Campbell files An Imminent Danger Informa Pauperis Application or Pay The Filing Fee to Appeal

1. That on March 11, 2008 Reassigned Judge Castillo Summarily Dismissed This Law suit, on March 18, 2008 Campbell filed a Motion for Reconsideration of the March 11, 2008 Dismissal.

That By April 9th 2008 After Receiving No Ruling on the Reconsideration Motion, Campbell Drafted a 2 page Letter to Michael Dobbins, Clerk of the United States District Court, Advising that he was mailing in the Notice of Appeal now, But that he did not want it filed, But instead the Notice of Appeal should Be stayed until a Ruling was had on the Motion for Reconsideration. And Then only when Campbell files An Imminent Danger Affidavit to proceed Informa Pauperis, or paid the Filing Fee to the Appeal. <u>This way when Ever the Reconsideration Motion was Decided the Notice of Appeal would Be timely</u>. And Campbell mailed the Letter And Notice of Appeal to Michael Dobbins, Clerk.

And for Reasons unknown to Campbell, the Letter was Ignored And the Notice of Appeal was Processed And Filed And Given the Appeal Number #08-1929.

See: Copy of April 9, 2008 letter from Campbell to Michael Dobbin's Clerk. Attached Exhibit (1).

Note: Jailers at the prison Campbell is housed at constantly play tricks with Campbell out-going and in coming legal mail not delivering court orders or deleting documents that Campbell mails to the court or delay mail pleadings. Campbell has filed a host of grievances about interference with this case and filed motion's in the trial court, see Judge Filip's January 31, 2008 order, where he found that the court received documents Campbell thought jailers had stolen from his pleadings to the court. But on the other hand see the Emergency motion to stay any ruling on the threshold ruling on the Imminent Danger Informa Pauperis Application Campbell filed February 13, 2008.

Where this Emergency motion shows proof of jailers mail tampering or attempts to sabotage this case. This motion was never addressed.

Accordingly Campbell does not know whether or not his April 9th 2008 letter was stolen by jailers to frustrate his direction of the case, or if it was disregarded by the clerk, but what Campbell does know is that the Notice of Appeal should not have been processed until after the Motion for Reconsideration was ruled on, and Campbell contacted the court to advise how he was going to pay for the appeal, Imminent Danger Informa Pauperis Application or cash.

## Conclusion

That this appeal be dismissed, that the matter be transferred back to Judge Castillo for ruling on the reconsideration motion and that the filing of the Notice of Appeal be stayed. It is unconstitutional to deny Campbell the right to appeal.

## Notice of Appeal

To: Richard Devine, States Attorney 500 Richard J. Daley Center Chicago, IL 60602

Please be advised that on April 25, 2008 I filed the original Emergency Motion w/ Exhibit (1) with Michael Dobbins, Clerk of above court a copy served on you.

N-23385
Don Campbell, Lawrence Corr. Center RR#2 Box 31 Sumner, IL 62466

Sworn to pursuant to 28 USC 21746

United States District Court
Northern District of Illinois

Don Campbell
  Plaintiff
vs.
Catherine Haberkorn, Et al
  Defendant's

Case No: 07-C-6337

Judge: Castillo

Exhibit (1)

To: Michael Dobbins, Clerk

Dear Michael Dobbins, Enclosed is a Notice of appeal from the March 11, 2008 summarily Dismissal of this case, I am unable to proceed Enforma Pauperis Because I have 3 strikes so I am not submitting an affidavit to proceed Enforma Pauperis on Appeal Now. If I can not come up with the $105.00 filing fee then I will probably file an eminent Danger Enforma Pauperis Application to proceed Enforma Pauperis Because I'm still in eminent Danger of serious physical Harm.

However please Don't file the Notice of Appeal Now, please Do Not process it yet I want this Notice of Appeal, stayed until after the Motion for Reconsideration I filed on March 18, 2008 is Decided by Judge Castillo

TURN — OVER

Because of Judge Castillo Reneese's his 3-11-08 Decision then there will be No Need to Appeal, But Just in Case I can meet the Dead Line to file the Notice of Appeal And then Decide if I would persue this Appeal Even though I have 3 strikes It would Be unconstitutional to Denie me the Right to Appeal under these circumstances Even the Clerk in White v. State of Colo 157 F.3d 1226 Made a Deal with the 3 Strike Appellant so he could Appeal

Dated: April 9th 2008

N-23385
Don Campbell · RR #2 Box 31 Sumner IL 62466