## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBÉN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6337 | **DATE** | May 8, 2008 |
| **CASE TITLE** | Don Campbell (#N-23385) vs. Catherine Haberkorn, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for reconsideration [#20] is denied. The court remains satisfied that the instant complaint, in which the plaintiff challenges pending criminal proceedings, does not involve imminent danger of serious physical injuries. Accordingly, the plaintiff's "strike-out" status bars him from proceeding *in forma pauperis* in this case. *See* 28 U.S.C. § 1915(g); Minute Order of March 11, 2008. The plaintiff's emergency motion to dismiss his appeal [#29] is denied for lack of jurisdiction. The plaintiff must file such a motion with the Clerk of the U.S. Court of Appeals for the Seventh Circuit. The district court has no authority to dismiss an appeal.

**Docketing to mail notices.**

mjm

Case 1:07-cv-06337 Document 30 Filed 05/08/2008 Page 1 of 1