# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Ctb

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 08, 2008

*By the Court:*

**FILED**
MAY 1 2 2008  YM
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1929 | DON CAMPBELL,<br>Plaintiff - Appellant<br><br>v.<br><br>CATHERINE HABERKORN, Judge, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06337
Northern District of Illinois, Eastern Division
District Judge Ruben Castillo

The following is before the court: **EMERGENCY MOTION TO DISMISS THIS APPEAL #08-1929, AND SUSPEND FILING OF THE NOTICE OF APPEAL, UNTIL AFTER CAMPBELL'S RECONSIDERATION MOTION IS RULED ON AND UNTIL CAMPBELL FILES AN IMMINENT DANGER INFORMA PAUPERIS APPLICATION OR PAY THE FILING FEE TO APPEAL,** which the court construes as a motion to suspend proceedings, filed on April 30, 2008, by the pro se appellant.

The appellant advises the court that a Rule 59(e) motion is pending in the district court, and seeks to suspend proceedings pending resolution of the motion.

**IT IS ORDERED** that the request is **GRANTED** only to the extent that the appellant shall pay the appellate filing fees by June 16, 2008. If he wishes to voluntarily dismiss the appeal, the appellant may file an unconditional motion to dismiss pursuant to Fed. R. App. P. 42(b), but he will remain responsible for the payment of the fees.

form name: **c7_Order_BTC** (form ID: **178**)