# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



**ORDER**

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

JUN 0 3 2008 TC
6-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

May 30, 2008

| No.: 08-1929 | DON CAMPBELL,<br>Plaintiff - Appellant<br><br>v.<br><br>CATHERINE HABERKORN, Judge, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06337
Northern District of Illinois, Eastern Division
Court Reporter K. Fennell
Clerk/Agency Rep Michael Dobbins
District Judge Ruben Castillo

The following is before the court: **EMERGENCY MOTION TO DISMISS THIS APPEAL #08-1929 AND SUSPEND FILING OF THE NOTICE OF APPEAL, UNTIL AFTER CAMPBELL'S RECONSIDERATION MOTION IS RULE ON AND UNTIL CAMPBELL FILES AN IMMINENT DANGER IN FORMA PAUPERIS APPLICATION OR PAY THE FILING FEE TO APPEAL,** filed on May 15, 2008, by the pro se appellant.

The district court denied the motion to reconsider on May 8, 2008. Accordingly,

**IT IS ORDERED** that the appellant's request to suspend the appeal until after the motion is decided is **DENIED** as moot. Pursuant to this court's prior order, the appellant shall pay the filing fees or file a motion for leave to proceed in forma pauperis based on an exception to 28 U.S.C § 1915(g) by June 16, 2008.

form name: **c7_PLRA_OrderFiled** (form ID: **194**)