United States District Court
Northern District of Illinois
The Executive Committee

**FILED**
JUN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear: Chief Judge: James F. Holderman
For the Executive Committee

In Re: 07-C-6337
Campbell Vs. Haberkorn, Et al

My name is Don Campbell, The Plaintiff in the above case, you reassigned my case to Federal Judge Ruben Castillo, on March 6th 2008 when my originally assigned Judge Mark Filip was appointed as the Deputy Attorney General.

1. That I am complaining and requesting an investigation, about my case being assigned to Judge Ruben Castillo's having negative personal opinion's about the nature of my law suit, the named party's it's against and this Judges biased and prejudice way to support the chosen Defendant's against suit, by being out right untruthful and calculated false worded orders with no fear because I had 3 strikes for filing 3 or more lawsuits that failed to state a claim or that were frivolous and knowing that I could not appeal in forma pauperis Judge Castillo deliberately used untruthful statements and untrue false wordings in his order to denie me the right to proceed on the Imminent Danger law suit I filed above as cited.

2. That for these reasons I want my case reviewed by the Executive Committee.

3. In Judge Castillo's March 11, 2008 order dismissing my lawsuit useing untrue orders.
  Note: At first I believed it was erroneously done but I filed a reconsideration motion pointing out the error and all of the facts and Judge Castillo not only ignored them, he pretended that the exact facts that did not exist were in fact the **Truth**.

However in the order of March 11, 2008 Judge Castillo untruthfully rules that I did not tell the court that I had acquired 3 strikes for filing 3 actions that were frivolous. This completely contradicts Judge Mark Filip order of January 18, 2008.

Judge Castillo gave this false order so that the court could ignore the Imminent Danger In Forma Pauperis Application filed with the lawsuit, so the court charge me a $350.00 filing fee negative balance to my prison account to punish me more, But Imminent Danger filers can't be charged $350.00 because they're dismissed complaints are not held frivolous, see:

4. Judge Castillo order of March 11, 2008 only address the claim against Judge Catherine Haberkorn of Skokie court

House IN Skokie, Illinois.

But the order totally ignore's the Imminent Danger Claim's against the other (6) Defendant's Particularly defendant's Mr. Duma and David Sevic Sheriff's Police Cook County Jail, who Provoked the Imminent Danger Situation.

5. That a Review of the Accompanying Record to the Lawsuit will show I filed the following Motion's In Support of the Lawsuit

(1) On December 30, 2007 I filed a Motion to Supplement the Imminent Danger Complaint w/ Attached Exhibits (1) (2) And (3) where Exhibit (2) 3 page Affidavit pointed out how Defendant's set me up Mr. Duma And Sevic to be Attacked, Assaulted, Harrassed threatened And left In Imminent Danger.

(2) On February 9th, 2008 I filed Affidavit In Support of Informa Pauperis Request under Imminent Danger, openly telling the Court the Lawsuit was Imminent Danger And Exactly how I Received 3 Strikes And how I was In Imminent Danger at the time of filing the Imminent Danger Lawsuit so when Judge Castillo says I did not tell the Court I Had Struck out he is Being out Right untruthful.

(3) On February 13, 2008 I filed an Emergency Motion to Stay Any Ruling on the threshold Ruling on the Imminent Danger Informa Pauperis Petition

But Above All Judge Mark Filip Order of January 31, 2008 Acknowledged that I had Alerted the Court I had 3 Strikes for filing Frivolous Lawsuits, and was Requesting to Proceed In Forma Pauperis Under Imminent Danger, And he Continued the Case until he could Assess the Imminent Danger In Forma Pauperis Application.

6. That on March 25th 2008 I filed a Reconsideration Motion pointing out the Supporting Record, Voluntarily Dropping Judge Haberkorn from the Lawsuit And Directly Directing the Court's Attention to the Imminent Danger Claims against Defendant's Dunn and Sevck And Judge Castillo in his May 8th 2008 order Denying the Reconsideration Motion, Deliberately Ignored all of the Above Indicated Information. And again focused on Dismissed Judge Haberkorn, to Deny the Claims against all Defendants Without Even Addressing the Claims against the other 6 Defendant I Request the Rulings Stayed And Investigation Please.

Notice of Filing And Proof of Service

To: Richard Devine, States Attorney 500 Richard J. Daley Center Chicago IL 60602
To: Patrick Laney, Chairman Senate Sub-Committee Inv. Senate Office Bldg. Washington, D.C. 20503

Please be Advised that on May 28, 2008 I filed a Request for Investigation with Chief Judge Holderman, Executive Committee at the above Court a Copy served on you.

N73385
Don Campbell, RR#2 Box 31 Sumner, IL 62466
I declare under penalty of perjury that the foregoing is true And correct pursuant to 28 USC 1746