# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6337 | **DATE** | June 13, 2008 |
| **CASE TITLE** | Don Campbell (N-23385) v. Haberkorn, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's letter filed June 2, 2008 [33], which the Court construes as a motion to review Judge Castillo's dismissal order, is denied for lack of jurisdiction.

■[For further details see text below.]     Docketing to mail notices.

**STATEMENT**

    On November 8, 2007, Plaintiff, a an inmate at the Lawrence Correction Center, brought a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's case was originally assigned to Judge Mark Filip. Following Judge Filip's confirmation by the U.S. Senate to serve as Deputy Attorney General of the United States, Plaintiff's case was reassigned to Judge Ruben Castillo. On March 11, 2008, Judge Castillo dismissed Plaintiff's case for failure of the Plaintiff to advise the Court that he had "struck out." Plaintiff appealed the Court's ruling to the Seventh Circuit Court of Appeals; that appeal remains pending.

    On June 2, 2008 Plaintiff filed a letter directed to the attention of Judge James F. Holderman. Plaintiff's letter seeks an investigation of the transfer of Plaintiff's case to Judge Castillo and a stay of Judge Castillo's orders. This Court is lacks jurisdiction to review Judge Castillo's orders and/or stay such orders. The U.S. Court of Appeals has sole jurisdiction to review Judge Castillo's rulings. *See* 28 U.S.C. § 1291.